ALW:RAB
F.#2003R02951

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

MELIK SCOTT,
   also known as "Mo"
   and "Mo Dollar,"

         Defendant.

- - - - - - - - - - - - - - -X

I N D I C T M E N T

CR 04 1072

(T. 18, U.S.C., §§ 751(a)
and 3551 et seq.)

JOHNSON, J

THE GRAND JURY CHARGES:

       On or about December 10, 2003, within the Eastern District of New York, the defendant MELIK SCOTT, also known as "Mo" and "Mo Dollar," did knowingly and intentionally escape from the custody of the United States Attorney General and his authorized representative and from an institution and facility in which he was confined by direction of the United States Attorney General, which custody was by virtue of conviction for felony offenses, to wit: (1) conspiracy to interfere with commerce by threats of violence, in violation of Title 18, United States Code, Section 1951; (2) use of a firearm during a crime

of violence, in violation of Title 18, United States Code, Section 924(c)(1); and (3) carjacking, in violation of Title 18, United States Code, Section 2119.

(Title 18, United States Code, Sections 751(a) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY:_____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.1.

F. #2003R02951

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of New York

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

Melik Scott

Defendant(s)

## INDICTMENT

(T. 18, U.S.C., §§ 751 (a) and 3551 et seq.)

*a true bill*

_____
*Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 19* ___

_____
*Clerk*

*Bail, $* _____

Roger Burlingame, AUSA - (718) 254-6422